James A. Patten (MT Bar No. 1191)
Molly S. Considine (MT Bar No. 13800)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC**
2817 2ⁿᵈ Avenue North, Suite 300
P.O. Box 1239
Billings, MT 59103-1239
Telephone: (406) 252-8500
Facsimile: (406) 294-9500
Email: apatten@ppbglaw.com
        mconsidine@ppbglaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| IN RE:<br><br>THE ORIGINAL MONTANA CLUB COOPERATIVE ASSOCIATION,<br><br>Debtor. | Case No.  2:23-bk-20145-BPH<br><br>**APPLICATION TO APPROVE EMPLOYMENT OF PROFESSIONAL; AND AFFIDAVIT** |
| --- | --- |

The Application of THE ORIGINAL MONTANA CLUB COOPERATIVE ASSOCIATION, (the "Applicant") respectfully represents:

1. On the _1st_ day of November Debtor filed a petition under Chapter 11 of the Bankruptcy Code.

2. Applicant wishes to employ James A. Patten and Molly S. Considine, of **PATTEN, PETERMAN, BEKKEDAHL & GREEN, PLLC** (collectively, the "Professional") in the capacity of attorneys.

3. Applicant has selected Professional for the following reasons: they are knowledgeable and experienced in representing debtors in chapter 11 bankruptcy proceedings, the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure.

4. The professional services that Professional is to render include: preparing the chapter 11 bankruptcy petition and schedules in consultation with the Applicant; advise the Applicant on all aspects of the chapter 11 bankruptcy including, but not limited to, any operating reports, negotiating and preparing motions for cash collateral, a chapter 11 plan, and other similar services.

5. To the best of Applicant's knowledge, Professional has no connection with the creditors, or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, and is a "disinterested person" as defined in 11 U.S.C. 101(14).

6. The terms of employment of Professional, agreed to by the Applicant, subject to the approval of the Court are:

(a)     Services rendered by the attorney, **JAMES A. PATTEN**, will be billed at the rate of $400.00 per hour. Services rendered by the attorney, **MOLLY S. CONSIDINE**, will be billed at the rate of $300.00 per hour. Services rendered by other attorneys will be billed at their customary hourly rates which range from $175.00 to $375.00 per hour.

(b)     Services rendered by paralegal Diane S. Kephart will be compensated at the rate of $195.00 per hour. Services rendered by paralegals, April J. Boucher will be compensated at the rate of $160.00 per hour.  Services rendered by paralegals, Amanda Bruton, will be compensated at the rate of $110.00 per hour.   Telephone, photocopying, fax, and postage at cost; travel at the rate allowed by the IRS per mile; out-of-pocket expenses at cost. The Professional has no fee sharing agreement.

7. Professional represents no interest adverse to Applicant or the estate in the matters upon which Professional is to be engaged, and Professional's employment would be in the best interest of this estate.

WHEREFORE, Applicant respectfully requests that the Court approve Professional's employment under the terms specified herein.

DATED this _____31st_____ day of  October, 2023.

THE ORIGINAL MONTANA CLUB
COOPERATIVE ASSOCIATION


By:___/s/Charles Robison_____
       Charles Robison, President

## AFFIDAVIT OF PROPOSED PROFESSIONAL

STATE OF MONTANA          )
                                      :

County of YELLOWSTONE   )

       James A. Patten, being duly sworn upon his oath, deposes and states:

       1.     I am a Partner of the firm of Patten, Peterman, Bekkedahl & Green, PLLC (the "Firm").

       2.     Myself and the Firm have no connections with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee; and I and the Firm am a "disinterested person" as defined in 11 U.S.C. § 101(14).

       3.     I and the Firm represent no interest adverse to the Debtor or the estate in the matters upon which I and the Firm am to be engaged except as provided in paragraph 2.

       4.     I have received a general retainer in the amount of $ 15,300.00 which shall not be used to pay my compensation or for reimbursement of my expenses without prior approval of this Court.

**James A. Patten**

Subscribed and sworn to before me this   31st   day of  October, 2023.

ALEJANDRA MARTINEZ
NOTARY PUBLIC for the
State of Montana
Residing at Billings, Montana
My Commission Expires
April 17, 2027

(Notary Seal)

Notary Public for the State of Montana
Residing At: Billings, Montana
My Commission Expires: _____

CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify under penalty of perjury that on the ___1st___ day of November, 2023 a copy of the foregoing was served by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or by mail on the following parties:

    None

                /s/JA Patten_____
                Patten, Peterman, Bekkedahl & Green, PLLC